## O. A. BROOKS v. STATE.

No. A-7754. Opinion Filed March 21, 1931.
(296 Pac. 1114.)

Jesse H. Dunn, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Murray county on a charge of selling intoxicating liquor, and was sentenced to serve a term of 30 days in the county jail and to pay a fine of $50.

The evidence reasonably sustains the verdict and judgment. No new question is presented. No error requiring a reversal is made to appear.

The case is affirmed.